# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID SIDES, <br> Plaintiff <br> v. <br> FELICIA PONCE, et al., <br> Defendants. | Case No. 2:20-cv-04285-DMG (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE